FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Smy          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MORNING, | Case No. EDCV 12-0538 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: January 23, 2013

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE